B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

**Case Number** 09−11872−RGM
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Andy L Wilfong II
9198 Prospect Avenue
Catlett, VA 20119

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−0292

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated: June 29, 2009                                            William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0422-9           User: admin                   Page 1 of 1                  Date Rcvd: Jun 29, 2009
Case: 09-11872                 Form ID: B18                  Total Noticed: 22

The following entities were noticed by first class mail on Jul 01, 2009.
db           +Andy L Wilfong, II,    9198 Prospect Avenue,    Catlett, VA 20119-2038
tr           +Robert Ogden Tyler,    Tyler, Bartl, Ramsdell & Counts, P.L.C.,
               700 South Washington Street, Suite 216,    Alexandria, VA 22314-4287
8788354      +Associates/citibank,    Attn: Centralized Bankruptcy,     Po Box 20507,    Kansas City, MO 64195-0507
8788356      +Collection,    Po Box 9134,    Needham, MA 02494-9134
8788360      +GEHL Finance,    Bin 88512,    Milwaukee, WI 53288-0001
8788359      +Gehl Finance,    143 Water St. .,    PO Box 1985,    West Bend, WI 53095-7985
8788362      +Maccarthy Burgess & Wolff,    The MB&W Building,    26000 Cannon Road,    Bedford, OH 44146-1807
8788364       Murphy Lomon & Associates,    PO Box 2206,    Des Plaines, IL 60017-2206
8788365      +Northwest Federal Credit Union,    PO BOX 5068,    220 Springs St,    Herndon, VA 20170-6200
8788366      +Northwest Federal Cu,    Pob 1229,    Herndon, VA 20172-1229
8788368     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Rc,    Attn: Bankruptcy,    120 Corporate Blvd Suite 100,
               Norfolk, VA 23502-0000)
8788367      +Pawne Leasing Corporation,    700 Centre Avenue,    Fort Collins, CO 80526-1842
8788369      +Portfolio Recovery Associates,    Dept 922,    PO Box 4115,    Concord, CA 94524-4115
8788370      +Professional Recovery Consulta,    2700 Meridian Pkwy #200,    Durham, NC 27713-2450
8788371       Psych & Life Skills Assoc,    2239 F. Tacketts mill Drive,    Woodbridge, VA 22192-3026
8788372      +Showtime, Inc,    75 Capital Avenue, Suite 101,    Fredericksburg, VA 22406-1088
8788373      +U S Dept Of Ed/Fisl/At,    Attn: Bankruptcy,    61 Forsythe St Room 19t89,    Atlanta, GA 30303-8928
The following entities were noticed by electronic transmission on Jun 30, 2009.
tr           +EDI: QROTYLER.COM Jun 29 2009 23:18:00      Robert Ogden Tyler,
               Tyler, Bartl, Ramsdell & Counts, P.L.C.,    700 South Washington Street, Suite 216,
               Alexandria, VA 22314-4287
8788353      +EDI: BECKLEE.COM Jun 29 2009 23:13:00      American Express,   c/o Becket and Lee,    Po Box 3001,
               Malvern, PA 19355-0701
8788355       E-mail/PDF: bankruptcy@bbandt.com Jun 30 2009 05:20:56      Branch Banking & Trust,    PO Box 1847,
               Wilson, NC 27893-3801
8788358      +EDI: CCS.COM Jun 29 2009 23:18:00      Credit Collection Serv,    Two Wells Ave., Dept 9136,
               Newton Center, MA 02459-3208
8788357      +EDI: CCS.COM Jun 29 2009 23:18:00      Credit Collection Serv,    Two Wells Ave Dept 7249,
               Newton Center, MA 02459-3208
8788361      +EDI: RMSC.COM Jun 29 2009 23:18:00      Gemb/bombardier,   Po Box 6153,
               Rapid City, SD 57709-6153
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8788363       Mark Owen
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2009**          **Signature:** *Joseph Speetjens*